■ In the Matter of EZRA MERKIN, Respondent, v JOSHUA M. BERMAN, Appellant. [11 NYS3d 481]—Order, Supreme Court, New York County (Richard B. Lowe III, J.), entered on or about July 9, 2014, which, to the extent appealed from, granted so much of the petition to confirm an arbitration award as seeks indemnification, unanimously reversed, on the law, without costs, the indemnification claim severed and continued as an action, and the matter remanded for further proceedings on the merits.

CPLR article 75 does not authorize a claim for contractual indemnification (*see* CPLR 103 [b]). Therefore, the claim should be severed from the special proceeding and continued as a plenary action (CPLR 407; *see City of New York v Candelario*, 223 AD2d 617 [2d Dept 1996]). The indemnification claim was not susceptible to summary resolution.

We need not reach respondent's remaining arguments. Concur—Mazzarelli, J.P., Friedman, Richter, Manzanet-Daniels and Gische, JJ. ■